UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| GAYNELL COLBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ROSE GROUP, LLC, et al.<br><br>Defendants. | Case No. 1:19-cv-03454-GLR |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Gaynell Colburn, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses with prejudice the above entitled action as between Plaintiff and Defendants The Rose Group, LLC, Rose Casual Dining, L.P., and Delaware Valley Rose, L.P., with each party to bear its own costs and fees.

No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: August 25, 2020                                   Respectfully submitted,

**Plaintiff Gaynell Colburn's Notice of Voluntary Dismissal is hereby APPROVED this 25th day of August, 2020. The Clerk is directed to CLOSE this case.**

_____/s/_____
**George L. Russell, III**
**United States District Judge**